LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
428 J Street, Suite 350
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
PEDRO FUENTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICENTE VELAZQUEZ, PEDRO FUENTES, ARNULFO SANCHEZ, LUIS ALBERTO FERNANDEZ, CONTRERAS, LEONEL VILLA LOPEZ, ROBERTO AGUILAR NAVARRO, JORGE VEGA-MACIAS, and VICTOR HERNANDEZ-SOSA,<br><br>Defendants. | Case No.: 2:16-CR-025 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   July 28, 2016<br>Time:   9:30 a.m.<br>Court:  Hon. Troy L. Nunley |

    This matter is presently set for a status conference on April 14, 2016.  The case is involves allegations of distribution of controlled substances stemming from several rounds of court-authorized wiretaps.  The government has provided voluminous discovery to defense counsel, including tapes and transcripts in the English and Spanish languages.

ORDER CONTINUING STATUS
CONFERENCE

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Justin Lee, and Attorney Jesse Ortiz on behalf of Defendant Vicente Velasquez, Attorney Todd D. Leras on behalf of Defendant Pedro Fuentes, Attorney Jesse Santana on behalf of Defendant Arnulfo Sanchez, Attorney Greg Foster on behalf of Defendant Luis Alberto Fernandez Contreras, Attorney Clemente Jimenez on behalf of Defendant Leonel Villa Lopez, Attorney Hayes Gable on behalf of Defendant Roberto Aguilar Navarro, Attorney Thomas A. Johnson on behalf of Defendant Jorge Vega-Macias, and Attorney Michael Long on behalf of Defendant Victor Hernandez-Sosa, stipulate as follows:

1. By this stipulation, Defendants now move to vacate the status conference previously set for April 14, 2016.  The parties request to continue the status conference to July 28, 2016, at 9:30 a.m., and to exclude time between April 14, 2016 and July 28, 2016, under Local Code T-4.  The United States does not oppose this request.

2. In light of the volume of discovery in the case, including the recordings and transcripts of intercepted telephone conversations under court-authorized wiretaps, defense counsel for all defendants need to review the discovery to determine the scope of additional investigation required in the matter.  This investigation is necessary to ensure that potential defenses are explored and discussed with each defendant in the case.  In addition, it is a prerequisite to determining whether the case may be resolved through a negotiated disposition as to some or all defendants.

3. All defense counsel believe that failure to grant additional time as requested would deny each of them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

ORDER CONTINUING STATUS
CONFERENCE

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of April 14, 2016 to July 28, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Justin Lee and all defense counsel have reviewed this proposed order and authorized Todd Leras to sign it on their behalf.

DATED: April 12, 2016

By    Todd D. Leras for
      JUSTIN LEE
      Assistant United States Attorney

DATED: April 12, 2016

By    /s/ Todd D. Leras
      JESSE ORTIZ
      Attorney for Defendant
      VICENTE VELAZQUEZ

ORDER CONTINUING STATUS CONFERENCE

DATED: April 12, 2016

By    /s/ Todd D. Leras
    TODD D. LERAS
    Attorney for Defendant
    PEDRO FUENTES

DATED: April 12, 2016

By    Todd D. Leras for
    JESSE SANTANA
    Attorney for Defendant
    ARNULFO SANCHEZ

DATED: April 12, 2016

By    Todd D. Leras for
    GREG FOSTER
    Attorney for Defendant
    LUIS ALBERTO FERNANDEZ CONTRERAS

DATED: April 12, 2016

By    Todd D. Leras for
    CLEMENTE JIMENEZ
    Attorney for Defendant
    LEONEL VILLA LOPEZ

DATED: April 12, 2016

By    Todd D. Leras for
    HAYES GABLE
    Attorney for Defendant
    ROBERTO AGUILAR NAVARRO

DATED: April 12, 2016

By    Todd D. Leras for
    THOMAS A. JOHNSON
    Attorney for Defendant
    JORGE VEGA-MACIAS

DATED: April 12, 2016

By    Todd D. Leras for
    MICHAEL D. LONG
    Attorney for Defendant
    VICTOR HERNANDEZ-SOSA

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter scheduled for April 14, 2016, is vacated. A new status conference is scheduled for July 28, 2016, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from April 14, 2016, up to and including July 28, 2016.

DATED: April 12, 2016

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE