```
 1  PHILLIP A. TALBERT
    Acting United States Attorney
 2  JUSTIN L. LEE
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700

 5  Attorneys for Plaintiff
    United States of America
 6
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00025-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| VICENTE VELAZQUEZ, ET AL., | DATE: July 28, 2016 |
| Defendants. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on July 28, 2016.

2. By this stipulation, defendants now move to continue the status conference until September 8, 2016, and to exclude time between July 28, 2016, and September 8, 2016, under Local Codes T2 and T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes several hundred pages of investigative reports and hours of recorded phones calls from five different cellular telephones. All of this discovery has been produced directly to counsel.

   b) Counsel for the defendants desire additional time review the expansive

discovery in this case; conduct investigation related to the discovery; consult with their clients with respect to the charges, evidences, and proceedings; and otherwise prepare for trial in his matter.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 28, 2016 to September 8, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

g) Additionally, an exclusion of time under 18 U.S.C. § 3161(h)(7)(B)(ii) (Local Code T2) is appropriate given the complexity of this case involving ten defendants and five wiretapped cellular telephones.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///
///
///
///

Dated: July 26, 2016  PHILLIP A. TALBERT
Acting United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: July 26, 2016  /s/ TODD D. LERAS (as authorized on 7/25/2016)
TODD D. LERAS
Counsel for Defendant
Pedro Fuentes

Dated: July 26, 2016  /s/ CLEMENTE JIMENEZ (as authorized on 7/25/2016)
CLEMENTE JIMENEZ
Counsel for Defendant
Leonel Villa Lopez

Dated: July 26, 2016  /s/ HAYES H. GABLE (as authorized on 7/25/2016)
HAYES H. GABLE
Counsel for Defendant
Roberto Aguilar Navarro

Dated: July 26, 2016  /s/ JESSE I. SANTANA (as authorized on 7/25/2016)
JESSE I. SANTANA
Counsel for Defendant
Arnulfo Sanchez

Dated: July 26, 2016  /s/ THOMAS A. JOHNSON (as authorized on 7/25/2016)
THOMAS A. JOHNSON
Counsel for Defendant
Jorge Vega-Macias

Dated: July 26, 2016  /s/ JESSE ORTIZ (as authorized on 7/25/2016)
JESSE ORTIZ
Counsel for Defendant
Vicente Velazquez

Dated: July 26, 2016  /s/ GREG W. FOSTER (as authorized on 7/25/2016)
GREG W. FOSTER
Counsel for Defendant
Luis Alberto Fernandez Contreras

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 26th day of July, 2016.

_____
THE HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE