LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
PEDRO FUENTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VICENTE VELAZQUEZ, PEDRO FUENTES, ARNULFO SANCHEZ, LUIS ALBERTO FERNANDEZ CONTRERAS, LEONEL VILLA LOPEZ, ROBERTO AGUILAR NAVARRO, IVAN ALCARAZ, and JORGE VEGA-MACIAS,<br><br>　　　　Defendants. | Case No.: 2:16-CR-025 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　December 1, 2016<br>Time:　　9:30 a.m.<br>Court:　　Hon. Troy L. Nunley |

　　　This matter is presently set for a status conference on September 8, 2016.  The case is involves allegations of distribution of controlled substances stemming from several rounds of court-authorized wiretaps.  The government has provided voluminous discovery to defense counsel, including tapes and transcripts in the English and Spanish languages.  Defense counsel

ORDER CONTINUING STATUS
CONFERENCE

are in the process of reviewing this discovery and conducting their own investigation regarding potential defenses in the case following meetings and consultations with their respective clients.

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Justin Lee, and Attorney Jesse Ortiz on behalf of Defendant Vicente Velasquez, Attorney Todd D. Leras on behalf of Defendant Pedro Fuentes, Attorney Jesse Santana on behalf of Defendant Arnulfo Sanchez, Attorney Greg Foster on behalf of Defendant Luis Alberto Fernandez Contreras, Attorney Clemente Jimenez on behalf of Defendant Leonel Villa Lopez, Attorney Hayes Gable on behalf of Defendant Roberto Aguilar Navarro, Attorney Thomas A. Johnson on behalf of Defendant Jorge Vega-Macias, and Attorney Michael Chastaine on behalf of Defendant Ivan Alcaraz, stipulate as follows:

1. By this stipulation, Defendants now move to vacate the status conference presently set for September 8, 2016.  The parties request to continue the status conference to December 1, 2016, at 9:30 a.m., and to exclude time between September 8, 2016 and December 1, 2016, under Local Code T-4.  The United States does not oppose this request.

2. In light of the volume of discovery in the case, including the recordings and transcripts of intercepted telephone conversations under court-authorized wiretaps, defense counsel for all defendants are engaged in ongoing review of the discovery and defense investigation related to potential defenses in this matter.  This investigation is necessary to ensure that potential defenses are explored and discussed with each defendant in the case.  In addition, Defendant Ivan Alcaraz was recently arraigned on the charges in the Indictment.  He and his counsel are therefore initiating

ORDER CONTINUING STATUS
CONFERENCE

the process of discovery review and investigation.

3. All defense counsel believe that failure to grant additional time as requested would deny each of them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of September 8, 2016 to December 1, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Justin Lee and all defense counsel have reviewed this proposed order and authorized Todd Leras to sign it on their behalf.

ORDER CONTINUING STATUS CONFERENCE

DATED:  September 6, 2016

By  Todd D. Leras for  
JUSTIN LEE  
Assistant United States Attorney

DATED:  September 6, 2016

By  /s/ Todd D. Leras  
JESSE ORTIZ  
Attorney for Defendant  
VICENTE VELAZQUEZ

DATED:  September 6, 2016

By  /s/ Todd D. Leras  
TODD D. LERAS  
Attorney for Defendant  
PEDRO FUENTES

DATED:  September 6, 2016

By  Todd D. Leras for  
JESSE SANTANA  
Attorney for Defendant  
ARNULFO SANCHEZ

DATED:  September 6, 2016

By  Todd D. Leras for  
GREG FOSTER  
Attorney for Defendant  
LUIS ALBERTO FERNANDEZ CONTRERAS

DATED:  September 6, 2016

By  Todd D. Leras for  
CLEMENTE JIMENEZ  
Attorney for Defendant  
LEONEL VILLA LOPEZ

DATED:  September 6, 2016

By  Todd D. Leras for  
HAYES GABLE  
Attorney for Defendant  
ROBERTO AGUILAR NAVARRO

DATED:  September 6, 2016

By  Todd D. Leras for  
THOMAS A. JOHNSON  
Attorney for Defendant  
JORGE VEGA-MACIAS

ORDER CONTINUING STATUS CONFERENCE

1 | DATED:  September 6, 2016

By   <u>Todd D. Leras for</u>
MICHAEL CHASTAINE
Attorney for Defendant
IVAN ALCARAZ

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for September 8, 2016, is vacated. A new status conference is scheduled for December 1, 2016, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from September 8, 2016, up to and including December 1, 2016.

Dated: September 6, 2016

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE