LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
PEDRO FUENTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>VICENTE VELAZQUEZ, PEDRO FUENTES, ARNULFO SANCHEZ, LUIS ALBERTO FERNANDEZ CONTRERAS, LEONEL VILLA LOPEZ, ROBERTO AGUILAR NAVARRO, IVAN ALCARAZ, and JORGE VEGA-MACIAS,<br><br>          Defendants. | Case No.: 2:16-CR-025 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:        January 26, 2017<br>Time:        9:30 a.m.<br>Court:       Hon. Troy L. Nunley |

        This matter is presently set for a status conference on December 1, 2016.  The case

involves allegations of distribution of controlled substances stemming from several rounds of

court-authorized wiretaps.  The government has provided voluminous discovery to defense

counsel, including tapes and transcripts in the English and Spanish languages.  Defense counsel

ORDER CONTINUING STATUS
CONFERENCE

are in the continuing process of reviewing this discovery and conducting their own investigation regarding potential defenses in the case.

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Justin Lee, and Attorney Jesse Ortiz on behalf of Defendant Vicente Velasquez, Attorney Todd D. Leras on behalf of Defendant Pedro Fuentes, Attorney Jesse Santana on behalf of Defendant Arnulfo Sanchez, Attorney Greg Foster on behalf of Defendant Luis Alberto Fernandez Contreras, Attorney Clemente Jimenez on behalf of Defendant Leonel Villa Lopez, Attorney Hayes Gable on behalf of Defendant Roberto Aguilar Navarro, Attorney Thomas A. Johnson on behalf of Defendant Jorge Vega-Macias, and Attorney Michael Chastaine on behalf of Defendant Ivan Alcaraz, stipulate as follows:

1.   By this stipulation, Defendants now move to vacate the status conference presently set for December 1, 2016.  The parties request to continue the status conference to January 26, 2017, at 9:30 a.m., and to exclude time between December 1, 2016 and January 26, 2017 under Local Code T-4.  The United States does not oppose this request.

2.  Due to the volume of discovery in the case, including the recordings and transcripts of intercepted telephone conversations under court-authorized wiretaps, defense counsel for all defendants are engaged in ongoing review of the discovery and defense investigation related to potential defenses in this matter.  This investigation is necessary to ensure that potential defenses are explored and discussed with each defendant in the case.

ORDER CONTINUING STATUS
CONFERENCE

3. All defense counsel represent and believe that failure to grant additional time as requested would deny each of them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of December 1, 2016 to January 26, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Justin Lee and all defense counsel have reviewed this proposed order and authorized Todd Leras to sign it on their behalf.


DATED:  November 28, 2016

By      Todd D. Leras for
        JUSTIN LEE
        Assistant United States Attorney

ORDER CONTINUING STATUS
CONFERENCE

1

2   DATED:  November 28, 2016

3                                              By _____/s/ Todd D. Leras for_____
                                                   JESSE ORTIZ
4                                                  Attorney for Defendant
                                                   VICENTE VELAZQUEZ
5
    DATED:  November 28, 2016
6
                                               By _____/s/ Todd D. Leras_____
7                                                  TODD D. LERAS
                                                   Attorney for Defendant
8                                                  PEDRO FUENTES

9   DATED:  November 28, 2016

10                                             By _____Todd D. Leras for_____
                                                   JESSE SANTANA
11                                                 Attorney for Defendant
                                                   ARNULFO SANCHEZ
12
    DATED:  November 28, 2016
13
                                               By _____Todd D. Leras for_____
14                                                 GREG FOSTER
                                                   Attorney for Defendant
15                                                 LUIS ALBERTO FERNANDEZ
                                                   CONTRERAS
16  DATED:  November 28, 2016
                                               By _____Todd D. Leras for_____
17                                                 CLEMENTE JIMENEZ
                                                   Attorney for Defendant
18                                                 LEONEL VILLA LOPEZ

19  DATED:  November 28, 2016

20                                             By _____Todd D. Leras for_____
                                                   HAYES GABLE
21                                                 Attorney for Defendant
                                                   ROBERTO AGUILAR NAVARRO
22  DATED:  November 28, 2016

23                                             By _____Todd D. Leras for_____
                                                   THOMAS A. JOHNSON
24                                                 Attorney for Defendant
                                                   JORGE VEGA-MACIAS
25

26

27

28  ORDER CONTINUING STATUS
    CONFERENCE

DATED:  November 28, 2016

By    Todd D. Leras for
                MICHAEL CHASTAINE
                Attorney for Defendant
                IVAN ALCARAZ

ORDER CONTINUING STATUS
CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for December 1, 2016, is vacated.  A new status conference is scheduled for January 26, 2017, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from December 1, 2016, up to and including January 26, 2017.

DATED: November 28, 2016

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS
CONFERENCE