LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
PEDRO FUENTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>VICENTE VELAZQUEZ, PEDRO FUENTES, ARNULFO SANCHEZ, LUIS ALBERTO FERNANDEZ CONTRERAS, LEONEL VILLA LOPEZ, ROBERTO AGUILAR NAVARRO, IVAN ALCARAZ, and JORGE VEGA-MACIAS,<br><br>　　　　　Defendants. | Case No.: 2:16-CR-025 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　March 2, 2017<br>Time:　　9:30 a.m.<br>Court:　　Hon. Troy L. Nunley |

　　　　This matter is presently set for a status conference on January 26, 2017.  The case involves allegations of distribution of controlled substances stemming from several rounds of court-authorized wiretaps.  The government has provided voluminous discovery to defense counsel, including tapes and transcripts in the English and Spanish languages.  Defense counsel

ORDER CONTINUING STATUS
CONFERENCE

are in the continuing process of reviewing this discovery and conducting their own investigation regarding potential defenses in the case.

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Justin Lee, and Attorney Jesse Ortiz on behalf of Defendant Vicente Velasquez, Attorney Todd D. Leras on behalf of Defendant Pedro Fuentes, Attorney Jesse Santana on behalf of Defendant Arnulfo Sanchez, Attorney Greg Foster on behalf of Defendant Luis Alberto Fernandez Contreras, Attorney Clemente Jimenez on behalf of Defendant Leonel Villa Lopez, Attorney Hayes Gable on behalf of Defendant Roberto Aguilar Navarro, Attorney Thomas A. Johnson on behalf of Defendant Jorge Vega-Macias, and Attorney Michael Chastaine on behalf of Defendant Ivan Alcaraz, stipulate as follows:

1. By this stipulation, Defendants now move to vacate the status conference presently set for January 26, 2017. The parties request to continue the status conference to March 2, 2017, at 9:30 a.m., and to exclude time between January 26, 2017 and March 2, 2017 under Local Code T-4. The United States does not oppose this request.

2. Due to the volume of discovery in the case, including the recordings and transcripts of intercepted telephone conversations under court-authorized wiretaps, defense counsel for all defendants are engaged in ongoing review of the discovery and defense investigation related to potential defenses in this matter. This investigation is necessary to ensure that potential defenses are explored and discussed with each defendant in the case.

3. Some of the defendants require the assistance of Spanish language interpreters to review the discovery, investigation reports, intercepted conversations, and to discuss

ORDER CONTINUING STATUS CONFERENCE

possible defenses with their counsel. Many of the events at issue in this case occurred in and around Yuba City and Marysville, California, a driving distance of approximately forty miles from Sacramento. Many potential witnesses live near the Yuba City and Marysville area, requiring additional travel time for defense investigators. All of the factors listed in this paragraph add to the time needed to diligently explore potential defenses in this case.

4. All defense counsel represent and believe that failure to grant additional time as requested would deny each of them the reasonable time necessary for effective preparation, considering the exercise of due diligence.

5. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of January 26, 2017 to March 2, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the

ORDER CONTINUING STATUS CONFERENCE

period within which a trial must commence.

Assistant U.S. Attorney Justin Lee and all defense counsel have reviewed this proposed order and authorized Todd Leras to sign it on their behalf.

DATED: January 23, 2017

By      Todd D. Leras for
        JUSTIN LEE
        Assistant United States Attorney

DATED: January 24, 2017

By      /s/ Todd D. Leras for
        JESSE ORTIZ
        Attorney for Defendant
        VICENTE VELAZQUEZ

DATED: January 23, 2017

By      /s/ Todd D. Leras
        TODD D. LERAS
        Attorney for Defendant
        PEDRO FUENTES

DATED: January 24, 2017

By      Todd D. Leras for
        JESSE SANTANA
        Attorney for Defendant
        ARNULFO SANCHEZ

DATED: January 23, 2017

By      Todd D. Leras for
        GREG FOSTER
        Attorney for Defendant
        LUIS ALBERTO FERNANDEZ
        CONTRERAS

DATED: January 23, 2017

By      Todd D. Leras for
        CLEMENTE JIMENEZ
        Attorney for Defendant
        LEONEL VILLA LOPEZ

ORDER CONTINUING STATUS CONFERENCE

DATED:  January 24, 2017

By    Todd D. Leras for
HAYES GABLE
Attorney for Defendant
ROBERTO AGUILAR NAVARRO

DATED:  January 24, 2017

By    Todd D. Leras for
THOMAS A. JOHNSON
Attorney for Defendant
JORGE VEGA-MACIAS

DATED:  January 23, 2017

By    Todd D. Leras for
MICHAEL CHASTAINE
Attorney for Defendant
IVAN ALCARAZ

## ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for January 26, 2017, is vacated.  A new status conference is scheduled for March 2, 2017, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from January 26, 2017, up to and including March 2, 2017.

DATED: January 24, 2017

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE