Michael Chastaine SBN 122209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way
Gold River, CA 95670
(916) 932-7150
Mike@Chastainelaw.net

Attorney for Defendant
IVAN ALCARAZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICENTE VELAZQUEZ, PEDRO FUENTES, ARNULFO SANCHEZ, LUIS ALBERTO FERNANDEZ CONTRERAS, LEONEL VILLA LOPEZ, ROBERTO AGUILAR NAVARRO, IVAN ALCARAZ, and JORGE VEGA-MACIAS,<br><br>Defendants. | Case No.: 2:16-CR-025 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:     May 4, 2017<br>Time:     9:30 a.m.<br>Court:    Hon. Troy L. Nunley |

This matter is presently set for a status conference on March 2, 2017. The case involves allegations of distribution of controlled substances stemming from several rounds of court-authorized wiretaps. The government has provided voluminous discovery to defense counsel, including tapes and transcripts in the English and Spanish languages. Defense counsel are in the

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE  1

continuing process of reviewing this discovery and conducting their own investigation regarding potential defenses in the case.

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Justin Lee, and Attorney Jesse Ortiz on behalf of Defendant Vicente Velasquez, Attorney Todd D. Leras on behalf of Defendant Pedro Fuentes, Attorney Jesse Santana on behalf of Defendant Arnulfo Sanchez, Attorney Greg Foster on behalf of Defendant Luis Alberto Fernandez Contreras, Attorney Clemente Jimenez on behalf of Defendant Leonel Villa Lopez, Attorney Hayes Gable on behalf of Defendant Roberto Aguilar Navarro, Attorney Thomas A. Johnson on behalf of Defendant Jorge Vega-Macias, and Attorney Michael Chastaine on behalf of Defendant Ivan Alcaraz, stipulate as follows:

1. By this stipulation, Defendants now move to vacate the status conference presently set for March 2, 2017.  The parties request to continue the status conference to May 4, 2017, at 9:30 a.m., and to exclude time between March 2, 2017 and May 4, 2017 under Local Code T-4.  The United States does not oppose this request.

2. Due to the volume of discovery in the case, including the recordings and transcripts of intercepted telephone conversations under court-authorized wiretaps, defense counsel for all defendants are engaged in ongoing review of the discovery and defense investigation related to potential defenses in this matter.  This investigation is necessary to ensure that potential defenses are explored and discussed with each defendant in the case.

3. All defense counsel represent and believe that failure to grant additional time as requested would deny each of them the reasonable time necessary for effective

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE  2

preparation, taking into account the exercise of due diligence.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 2, 2017 to May 4, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B)(iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Justin Lee and all defense counsel have reviewed this proposed order and authorized Michael Chastaine to sign it on their behalf.

DATED:  February 22, 2017

By    /s/Michael Chastaine for
JUSTIN LEE
Assistant United States Attorney

DATED:  February 22, 2017

By    /s/Michael Chastaine for
JESSE ORTIZ
Attorney for Defendant
VICENTE VELAZQUEZ

STIPULATION AND ORDER CONTINUING STATUS
CONFERENCE  3

DATED:  February 22, 2017

By     /s/Michael Chastaine for    
    TODD D. LERAS
    Attorney for Defendant
    PEDRO FUENTES

DATED:  February 22, 2017

By     /s/Michael Chastaine for    
    JESSE SANTANA
    Attorney for Defendant
    ARNULFO SANCHEZ

DATED:  February 22, 2017

By     /s/Michael Chastaine for    
    GREG FOSTER
    Attorney for Defendant
    LUIS ALBERTO FERNANDEZ CONTRERAS

DATED:  February 22, 2017

By     /s/Michael Chastaine for    
    CLEMENTE JIMENEZ
    Attorney for Defendant
    LEONEL VILLA LOPEZ

DATED:  February 22, 2017

By     /s/Michael Chastaine for    
    HAYES GABLE
    Attorney for Defendant
    ROBERTO AGUILAR NAVARRO

DATED:  February 22, 2017

By     /s/Michael Chastaine for    
    THOMAS A. JOHNSON
    Attorney for Defendant
    JORGE VEGA-MACIAS

DATED:  February 22, 2017

By     /s/Michael Chastaine           
    MICHAEL CHASTAINE
    Attorney for Defendant
    IVAN ALCARAZ

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE  4

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for March 2, 2017, is vacated. A new status conference is scheduled for May 4, 2017, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from March 2, 2017, up to and including May 4, 2017.

DATED:  February 22, 2017

_____
Troy L. Nunley
United States District Judge