1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  PEDRO FUENTES

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No.: 2:16-CR-025 TLN
12 |         Plaintiff,               |
13 | vs.                              | STIPULATION AND ORDER
14 |                                  | CONTINUING STATUS CONFERENCE
   | VICENTE VELAZQUEZ, PEDRO FUENTES,| AND EXCLUDING TIME UNDER THE
15 | and ROBERTO AGUILAR NAVARRO      | SPEEDY TRIAL ACT
16 |         Defendants.              |
   |                                  | Date:   November 16, 2017
17 |                                  | Time:   9:30 a.m.
   |                                  | Court:  Hon. Troy L. Nunley
18

19

20

21

22      This matter is presently set for a status conference on September 7, 2017.  The case

23 involves allegations of distribution of controlled substances stemming from several rounds of

24 court-authorized wiretaps.  The discovery includes voluminous reports, audio and video tapes,

25 and transcripts in the English and Spanish languages.  Attorney Tasha Chalfant replaced Roberto

26 Aguilar Navarro's original counsel, Hayes Gable, earlier this year when Mr. Gable started

27

28 ORDER CONTINUING STATUS
   CONFERENCE

treatment for cancer.

Several charged defendants in this case have resolved their pending matters. Remaining defense counsel are in the continuing process of reviewing discovery and conducting their own investigation regarding potential defenses in the case. Many of the events discussed in the reports and transcripts occurred in the Yuba City/Marysville region, approximately 40 miles from Sacramento. Several of the defendants and many witnesses are Spanish speakers, requiring the services of a Spanish language interpreter.

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Justin Lee, and Attorney Jesse Ortiz on behalf of Defendant Vicente Velasquez, Attorney Todd D. Leras on behalf of Defendant Pedro Fuentes, and Attorney Tasha Chalfant on behalf of Defendant Roberto Aguilar Navarro, stipulate as follows:

1. By this stipulation, Defendants now move to vacate the status conference presently set for September 7, 2017. The parties request to continue the status conference to November 16, 2017, at 9:30 a.m., and to exclude time between September 7, 2017 and November 16, 2017 under Local Code T-4. The United States does not oppose this request.

2. Due to the volume of discovery in the case, including the recordings and transcripts of intercepted telephone conversations under court-authorized wiretaps, and the supplemental discovery recently provided by the United States, defense counsel for all defendants are engaged in ongoing review of the discovery and defense investigation related to potential defenses in this matter. This investigation is necessary to ensure that potential defenses are explored and discussed with each

ORDER CONTINUING STATUS CONFERENCE

defendant in the case.

3. All defense counsel represent and believe that failure to grant additional time as requested would deny each of them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of September 7, 2017 to November 16, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Justin Lee and all defense counsel have reviewed this proposed order and authorized Todd Leras to sign it on their behalf.

DATED: August 31, 2017

By    Todd D. Leras for
JUSTIN LEE
Assistant United States Attorney

ORDER CONTINUING STATUS CONFERENCE

DATED: August 31, 2017

By  /s/ Todd D. Leras for
JESSE ORTIZ
Attorney for Defendant
VICENTE VELAZQUEZ

DATED: August 31, 2017

By  /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
PEDRO FUENTES

DATED: August 31, 2017

By  Todd D. Leras for
TASHA CHALFANT
Attorney for Defendant
ROBERTO AGUILAR NAVARRO

ORDER CONTINUING STATUS CONFERENCE

# ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for September 7, 2017, is vacated. A new status conference is scheduled for November 16, 2017, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from September 7, 2017, up to and including November 16, 2017.

DATED: August 31, 2017

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE