LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
PEDRO FUENTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICENTE VELAZQUEZ, PEDRO FUENTES, and ROBERTO AGUILAR NAVARRO<br><br>Defendants. | Case No.: 2:16-CR-025 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date: January 11, 2018<br>Time: 9:30 a.m.<br>Court: Hon. Troy L. Nunley |

This matter is presently set for a status conference on November 16, 2017. The case involves allegations of distribution of controlled substances stemming from several rounds of court-authorized wiretaps. The discovery includes voluminous reports, audio and video tapes, and transcripts in the English and Spanish languages. Attorney Tasha Chalfant replaced Roberto Aguilar Navarro's original counsel, Hayes Gable, earlier this year when Mr. Gable started

ORDER CONTINUING STATUS
CONFERENCE

treatment for cancer.

Several charged defendants in this case have resolved their pending matters. Some of the remaining defendants are discussing potential resolution of the matter with the government, including considering proposed written plea agreements. All defense counsel are in the continuing process of reviewing discovery and conducting their own investigation regarding potential defenses in the case. Many of the events discussed in the reports and transcripts occurred in the Yuba City/Marysville region, approximately 40 miles from Sacramento. Several of the defendants and many witnesses are Spanish speakers, requiring the services of a Spanish language interpreter.

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Justin Lee, and Attorney Jesse Ortiz on behalf of Defendant Vicente Velasquez, Attorney Todd D. Leras on behalf of Defendant Pedro Fuentes, and Attorney Tasha Chalfant on behalf of Defendant Roberto Aguilar Navarro, stipulate as follows:

1. By this stipulation, Defendants now move to vacate the status conference presently set for November 16, 2017. The parties request to continue the status conference to January 11, 2018, at 9:30 a.m., and to exclude time between November 16, 2017 and January 11, 2018 under Local Code T-4. The United States does not oppose this request.

2. Due to the volume of discovery in the case, including the recordings and transcripts of intercepted telephone conversations under court-authorized wiretaps, and the supplemental discovery recently provided by the United States, defense counsel for all defendants are engaged in ongoing review of the discovery and defense

ORDER CONTINUING STATUS
CONFERENCE

investigation related to potential defenses in this matter. This investigation is necessary to ensure that potential defenses are explored and discussed with each defendant in the case. Some of the remaining defendants are also considering proposed plea resolutions recently provided to them by the government.

3. All defense counsel represent and believe that failure to grant additional time as requested would deny each of them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of November 16, 2017 to January 11, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Justin Lee and all defense counsel have reviewed this proposed

ORDER CONTINUING STATUS CONFERENCE

order and authorized Todd Leras to sign it on their behalf.

DATED: November 13, 2017

By <u>   Todd D. Leras for   </u>
      JUSTIN LEE
      Assistant United States Attorney

DATED: November 13, 2017

By <u>   /s/ Todd D. Leras for   </u>
      JESSE ORTIZ
      Attorney for Defendant
      VICENTE VELAZQUEZ

DATED: November 13, 2017

By <u>   /s/ Todd D. Leras   </u>
      TODD D. LERAS
      Attorney for Defendant
      PEDRO FUENTES

DATED: November 13, 2017

By <u>   Todd D. Leras for   </u>
      TASHA CHALFANT
      Attorney for Defendant
      ROBERTO AGUILAR NAVARRO

ORDER CONTINUING STATUS CONFERENCE

# ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for November 16, 2017, is vacated. A new status conference is scheduled for January 11, 2018, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from November 16, 2017, up to and including January 11, 2018.

DATED: November 14, 2017

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE