LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
PEDRO FUENTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICENTE VELAZQUEZ, PEDRO FUENTES, and ROBERTO AGUILAR NAVARRO<br><br>Defendants. | Case No.: 2:16-CR-025 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    March 22, 2018<br>Time:   9:30 a.m.<br>Court:  Hon. Troy L. Nunley |

      This matter is presently set for a status conference on January 11, 2018.  The case involves allegations of distribution of controlled substances stemming from several rounds of court-authorized wiretaps.  The discovery includes voluminous reports, audio and video tapes, and transcripts in the English and Spanish languages.

ORDER CONTINUING STATUS
CONFERENCE

Several charged defendants in this case have resolved their pending matters. Some of the remaining defendants are discussing potential resolution of the matter with the government, including considering proposed written plea agreements. All defense counsel are in the continuing process of conducting their own investigation regarding potential defenses in the case. Many of the events discussed in the reports and transcripts occurred in the Yuba City/Marysville region, approximately 40 miles from Sacramento. Several of the defendants and many witnesses are Spanish speakers, requiring the services of a Spanish language interpreter.

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Justin Lee, and Attorney Jesse Ortiz on behalf of Defendant Vicente Velasquez, Attorney Todd D. Leras on behalf of Defendant Pedro Fuentes, and Attorney Tasha Chalfant on behalf of Defendant Roberto Aguilar Navarro, stipulate as follows:

1. By this stipulation, Defendants now move to vacate the status conference presently set for January 11, 2018. The parties request to continue the status conference to March 22, 2018, at 9:30 a.m., and to exclude time between January 11, 2018 and March 22, 2018 under Local Code T-4. The United States does not oppose this request.

2. Due to the volume of discovery in the case, including the recordings and transcripts of intercepted telephone conversations under court-authorized wiretaps, and the supplemental discovery recently provided by the United States, defense counsel for all defendants are engaged in ongoing defense investigation related to potential defenses in this matter. This investigation is necessary to ensure that potential defenses are explored and discussed with each defendant in the case. Some of the

ORDER CONTINUING STATUS CONFERENCE

remaining defendants are also considering proposed plea resolutions provided to them by the government.

3. All defense counsel represent and believe that failure to grant additional time as requested would deny each of them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 11, 2018 to March 22, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

ORDER CONTINUING STATUS CONFERENCE

Assistant U.S. Attorney Justin Lee and all defense counsel have reviewed this proposed order and authorized Todd Leras to sign it on their behalf.

DATED: January 8, 2018

By: Todd D. Leras for
JUSTIN LEE
Assistant United States Attorney

DATED: January 8, 2018

By: /s/ Todd D. Leras for
JESSE ORTIZ
Attorney for Defendant
VICENTE VELAZQUEZ

DATED: January 8, 2018

By: /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
PEDRO FUENTES

DATED: January 8, 2018

By: Todd D. Leras for
TASHA CHALFANT
Attorney for Defendant
ROBERTO AGUILAR NAVARRO

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for January 11, 2018, is vacated. A new status conference is scheduled for March 22, 2018, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from January 11, 2018, up to and including March 22, 2018.

DATED: January 8, 2018

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE