Jesse Ortiz (SBN 176450)
Jesse@jesseortizlaw.com
**Ortiz Law Group P.C.**
980 9th Street, Ste. 340
Sacramento, CA 95814
Phone: (916) 443-9500
Fax:   (916) 443-9501

Attorney for Defendant
VICENTE VELAZQUEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>VICENTE VELAZQUEZ<br><br>　　　　　　　　Defendant. | Case No.: 2:16-CR-00025-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**<br><br>DATE:　　November 8, 2018<br>TIME:　　9:30 a.m.<br>COURT:　Hon Troy L. Nunley |

**IT IS HEREBY STIPULATED** by and between plaintiff United States of America, by Justin Lee, Assistant United States Attorney; and Defendant VICENTE VELAZQUEZ, and his attorney of record, Jesse Ortiz, that the Status Conference presently set for October 4, 2018 at 9:30 a.m., in Courtroom 2 of the United States District Court, Eastern District, be continued at the request of defendant VICENTE VELAZQUEZ to November 8, 2018 in Courtroom 2, of the United States District Court, Eastern District. The United States Attorney has recently provided a proposed Plea Agreement. Counsel for Mr. Velazquez needs additional time to review the plea agreement with him.

1

1  Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, the parties request that the Court exclude time between October 4, 2018 and November 8, 2018.

Assistant U.S. Attorney Justin Lee and counsel for Mr. Velazquez have reviewed this proposed order and authorized Jesse Ortiz to sign it on their behalf.

**SO STIPULATED.**

Dated: September 27, 2018            /s/ Jesse Ortiz
                                                Jesse Ortiz
                                                **Ortiz Law Group P.C.**
                                                Attorney for Defendant Vicente Velazquez

Dated: September 27, 2018            McGREGOR W. SCOTT
                                                United States Attorney

                                      By:     /s/ Justin Lee
                                                Justin Lee
                                                Assistant United States Attorney

# ORDER

**IT IS HEREBY ORDERED** that the Status Conference presently set for October 4, 2018 at 9:30 a.m., in Courtroom 2 of the United States District Court, Eastern District, is continued at the request of defendant Vicente Velazquez to November 8, 2018, at 9:30 a.m., in Courtroom 2, of the United States District Court, Eastern District. Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, time shall be excluded to allow counsel for Mr. Velazquez more time to review the recently proposed Plea Agreement with Mr. Velazquez.

The Court further finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: September 27, 2018

Troy L. Nunley
United States District Judge