Jesse Ortiz (SBN 176450)
Jesse@jesseortizlaw.com
**Ortiz Law Group P.C.**
980 9th Street, Ste. 340
Sacramento, CA 95814
Phone: (916) 443-9500
Fax:    (916) 443-9501


Attorney for Defendant
VICENTE VELAZQUEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br><br>VICENTE VELAZQUEZ<br><br>  Defendant. | Case No.: 2:16-CR-00025-TLN<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**<br><br>DATE:  January 24, 2019<br>TIME:   9:30 a.m.<br>COURT: Hon Troy L. Nunley |

**IT IS HEREBY STIPULATED** by and between plaintiff United States of America, by Justin Lee, Assistant United States Attorney; and Defendant VICENTE VELAZQUEZ, and his attorney of record, Jesse Ortiz, that the Status Conference presently set for November 8, 2018 at 9:30 a.m., in Courtroom 2 of the United States District Court, Eastern District, be continued at the request of defendant VICENTE VELAZQUEZ to January 24, 2019 in Courtroom 2, of the United States District Court, Eastern District. The United States Attorney has recently provided a proposed Plea Agreement. Due to his trial schedule, counsel for Mr. Velasquez needs additional time to review discovery and the plea agreement with Mr. Velazquez.

1

Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, the parties request that the Court exclude time between November 8, 2018 and January 24, 2019.

Assistant U.S. Attorney Justin Lee and counsel for Mr. Velazquez have reviewed this proposed order and authorized Jesse Ortiz to sign it on their behalf.

**SO STIPULATED.**

Dated: October 9, 2018 \_\_/s/ Jesse Ortiz_____
Jesse Ortiz
**Ortiz Law Group P.C.**
Attorney for Defendant Vicente Velazquez

Dated: October 9, 2018 McGREGOR W. SCOTT
United States Attorney

By: \_\_/s/ Justin Lee_____
Justin Lee
Assistant United States Attorney

**ORDER**

**IT IS HEREBY ORDERED** that the Status Conference presently set for November 8, 2018 at 9:30 a.m., in Courtroom 2 of the United States District Court, Eastern District, is continued at the request of defendant Vicente Velazquez to January 24, 2019, at 9:30 a.m., in Courtroom 2, of the United States District Court, Eastern District. Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, time shall be excluded to allow counsel for Mr. Velazquez more time to review discovery and the recently proposed Plea Agreement with Mr. Velazquez.

Dated: October 9, 2018

HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT COURT JUDGE