Jesse Ortiz (SBN 176450)
Jesse@jesseortizlaw.com
**Ortiz Law Group P.C.**
1510 J Street, Suite 100
Sacramento, CA 95814
Phone: (916) 443-9500
Fax:    (916) 443-9501


Attorney for Defendant
VICENTE VELAZQUEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br><br>VICENTE VELAZQUEZ<br><br>  Defendant. | Case No.: 2:16-CR-00025-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**<br><br>DATE:   April 4, 2019<br>TIME:   9:30 a.m.<br>COURT:  Hon Troy L. Nunley |

**IT IS HEREBY STIPULATED** by and between plaintiff United States of America, by Justin Lee, Assistant United States Attorney; and Defendant VICENTE VELAZQUEZ, and his attorney of record, Jesse Ortiz, that the Status Conference presently set for January 24, 2018 at 9:30 a.m., in Courtroom 2 of the United States District Court, Eastern District, be continued at the request of defendant VICENTE VELAZQUEZ to April 4, 2019, at 9:30 a.m., in Courtroom 2, of the United States District Court, Eastern District. Counsel for Mr. VELAZQUEZ will be engaged in a murder trial on January 24, 2019.

1

Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, the parties request that the Court exclude time between January 24, 2019 and April 4, 2019.

Assistant U.S. Attorney Justin Lee and counsel for Mr. Velazquez have reviewed this proposed order and authorized Jesse Ortiz to sign it on their behalf.

**SO STIPULATED.**

Dated: January 18, 2019
           /s/ Jesse Ortiz
           Jesse Ortiz
           **Ortiz Law Group P.C.**
           Attorney for Defendant Vicente Velazquez

Dated: January 18, 2019
           McGREGOR W. SCOTT
           United States Attorney

        By:  /s/ Justin Lee
           Justin Lee
           Assistant United States Attorney

**ORDER**

**IT IS HEREBY ORDERED** that the Status Conference presently set for January 24, 2019 at 9:30 a.m., in Courtroom 2 of the United States District Court, Eastern District, is continued at the request of defendant Vicente Velazquez to April 4, 2019, at 9:30 a.m., in Courtroom 2, of the United States District Court, Eastern District. Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, time shall be excluded as counsel for defendant Vicente Velazquez will be engaged in a murder trial and will be unavailable on January 24, 2019. The Court finds that the interests of justice are best served by granting the request and outweighs the interests of the public and the defendant in a speedy trial.

DATED: January 22, 2019

Troy L. Nunley
United States District Judge