Jesse Ortiz (SBN 176450)
Jesse@jesseortizlaw.com
**Ortiz Law Group P.C.**
980 9th Street, Ste. 340
Sacramento, CA 95814
Phone: (916) 443-9500
Fax:     (916) 443-9501

Attorney for Defendant
VICENTE VELAZQUEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-00025-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| VICENTE VELAZQUEZ | DATE:   June 6, 2019<br>TIME:   9:30 a.m.<br>COURT:  Hon Troy L. Nunley |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between plaintiff United States of America, by Justin Lee, Assistant United States Attorney; and Defendant VICENTE VELAZQUEZ, and his attorney of record, Jesse Ortiz, that the Status Conference presently set for April 4, 2019 at 9:30 a.m., in Courtroom 2 of the United States District Court, Eastern District, be continued at the request of defendant VICENTE VELAZQUEZ to June 6, 2019 at 9:30 a.m., in Courtroom 2, of the United States District Court, Eastern District.

Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, the parties request that the Court exclude time between April 4, 2019 and June 6, 2019.

1

Assistant U.S. Attorney Justin Lee and counsel for Mr. Velazquez have reviewed this proposed order and authorized Jesse Ortiz to sign it on their behalf.

**SO STIPULATED.**

Dated: April 2, 2019            \_\_/s/ Jesse Ortiz_____
                    Jesse Ortiz
                    **Ortiz Law Group P.C.**
                    Attorney for Defendant Vicente Velazquez

Dated: April 2, 2019            McGREGOR W. SCOTT
                    United States Attorney

               By:  \_\_/s/ Justin Lee_____
                    Justin Lee
                    Assistant United States Attorney

# ORDER

**IT IS HEREBY ORDERED** that the Status Conference presently set for April 4, 2019 at 9:30 a.m., in Courtroom 2 of the United States District Court, Eastern District, is continued at the request of defendant Vicente Velazquez to June 6, 2019, at 9:30 a.m., in Courtroom 2, of the United States District Court, Eastern District. Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, time shall be excluded. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: April 2, 2019

Troy L. Nunley
United States District Judge