Jesse Ortiz (SBN 176450)
Jesse@jesseortizlaw.com
**Ortiz Law Group P.C.**
980 9th Street, Ste. 340
Sacramento, CA 95814
Phone: (916) 443-9500
Fax:     (916) 443-9501

Attorney for Defendant
VICENTE VELAZQUEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-00025-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| VICENTE VELAZQUEZ | DATE: August 8, 2019 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon Troy L. Nunley |

**IT IS HEREBY STIPULATED** by and between plaintiff United States of America, by Justin Lee, Assistant United States Attorney; and Defendant VICENTE VELAZQUEZ, and his attorney of record, Jesse Ortiz, that the Status Conference presently set for June 6, 2019 at 9:30 a.m., in Courtroom 2 of the United States District Court, Eastern District, be continued at the request of defendant VICENTE VELAZQUEZ to August 8, 2019 in Courtroom 2, of the United States District Court, Eastern District. Counsel for Mr. Velazquez will be in trial in Riverside County on June 6, 2019 in People v. Ruben Guzman (Case No. 1812C-2178).

1

Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, the parties request that the Court exclude time between June 6, 2019 and August 8, 2019.

Assistant U.S. Attorney Justin Lee and counsel for Mr. Velazquez have reviewed this proposed order and authorized Jesse Ortiz to sign it on their behalf.

**SO STIPULATED.**

Dated: May 31, 2019             /s/ Jesse Ortiz
Jesse Ortiz
**Ortiz Law Group P.C.**
Attorney for Defendant Vicente Velazquez

Dated: May 31, 2019             McGREGOR W. SCOTT
United States Attorney

By:    /s/ Justin Lee
Justin Lee
Assistant United States Attorney

**ORDER**

**IT IS HEREBY ORDERED** that the Status Conference presently set for June 6, 2019 at 9:30 a.m., in Courtroom 2 of the United States District Court, Eastern District, is continued at the request of defendant Vicente Velazquez to August 8, 2019, at 9:30 a.m., in Courtroom 2, of the United States District Court, Eastern District. Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, time shall be excluded.

DATED: May 31, 2019

Troy L. Nunley
United States District Judge