Jesse Ortiz (SBN 176450)
Jesse@jesseortizlaw.com
**Ortiz Law Group P.C.**
980 9th Street, Ste. 340
Sacramento, CA 95814
Phone: (916) 443-9500
Fax:    (916) 443-9501


Attorney for Defendant
VICENTE VELAZQUEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br><br> Plaintiff, ) <br><br> v. ) <br><br><br><br> VICENTE VELAZQUEZ ) <br><br> Defendant. ) <br><br><br> ) | Case No.:  2:16-CR-00025-TLN <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** <br><br><br> DATE:        November 21, 2019 <br> TIME:        9:30 a.m. <br> COURT:     Hon Troy L. Nunley |

**IT IS HEREBY STIPULATED** by and between plaintiff United States of America, by Justin Lee, Assistant United States Attorney; and Defendant VICENTE VELAZQUEZ, and his attorney of record, Jesse Ortiz, that the Status Conference presently set for August 8, 2019 at 9:30 a.m., in Courtroom 2 of the United States District Court, Eastern District, be continued at the request of defendant VICENTE VELAZQUEZ to November 21, 2019 in Courtroom 2, of the United States District Court, Eastern District. Counsel for Mr. Velazquez has been pre-assigned to Department 19 of the Sacramento County Superior Court to conduct a Preliminary Hearing on August 8, 2019 in People v. Milton Berry (Case No. 17FE020466).

1

1    Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, the parties request that

2    the Court exclude time between August 8, 2019 and November 21, 2019.

3        Assistant U.S. Attorney Justin Lee and counsel for Mr. Velazquez have reviewed this proposed

4    order and authorized Jesse Ortiz to sign it on their behalf.

5        **SO STIPULATED.**

6

7
     Dated: August 2, 2019                           __/s/ Jesse Ortiz_____
8                                                     Jesse Ortiz
                                                      **Ortiz Law Group P.C.**
9                                                     Attorney for Defendant Vicente Velazquez

10

11   Dated: August 2, 2019                           McGREGOR W. SCOTT
                                                      United States Attorney
12
                                        By:      __/s/ Justin Lee_____
13                                                    Justin Lee
                                                      Assistant United States Attorney
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS HEREBY ORDERED that the Status Conference presently set for August 8, 2019 at 9:30 a.m., in Courtroom 2 of the United States District Court, Eastern District, is continued at the request of defendant Vicente Velazquez to November 21, 2019, at 9:30 a.m., in Courtroom 2, of the United States District Court, Eastern District. Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, time shall be excluded. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: August 2, 2019

_____
Troy L. Nunley
United States District Judge