McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICENTE VELAZQUEZ,<br><br>Defendant. | CASE NO. 2:16-CR-00025-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 16, 2020<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
|---|---|

**STIPULATION**

1.  By previous order, this matter was set for status on July 16, 2020.

2.  By this stipulation, the defendant now move to continue the status conference until July 23, 2020, at 9:30 a.m., and to exclude time between July 16, 2020 and July 23, 2020, under Local Codes T2 and T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes several hundred pages of investigative reports and hours of recorded phones calls from five different cellular telephones. All of this discovery has been produced directly to counsel.

    b)  Counsel for the defendant desire additional time review the expansive

discovery in this case; conduct investigation related to the discovery; consult with his client with respect to the charges, evidences, and proceedings; and otherwise prepare for trial in this matter.

    c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)    The government does not object to the continuance.

    e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 16, 2020, to July 23, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    g)    Additionally, an exclusion of time under 18 U.S.C. § 3161(h)(7)(B)(ii) (Local Code T2) is appropriate given the complexity of this case involving ten defendants and five wiretapped cellular telephones.

///
///
///
///
///
///
///
///

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 14, 2020        McGREGOR W. SCOTT
                             United States Attorney

                             /s/ JUSTIN L. LEE
                             JUSTIN L. LEE
                             Assistant United States Attorney

Dated:  July 14, 2020        /s/ JESSE ORTIZ (as authorized on 7/14/2020)
                             JESSE ORTIZ
                             Counsel for Defendant
                             Vicente Velazquez

# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 14th day of July, 2020.

Troy L. Nunley
United States District Judge