McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:16-CR-00025-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| VICENTE VELAZQUEZ, | DATE: August 20, 2020 |
| Defendant. | TIME:  9:30 a.m. COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.      By previous order, this matter was set for status on August 20, 2020.

2.      By this stipulation, the defendant now move to continue the status conference until September 10, 2020, at 9:30 a.m, and to exclude time between August 20, 2020, and September 10, 2020, under Local Codes T2 and T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes several hundred pages of investigative reports and hours of recorded phones calls from five different cellular telephones.  All of this discovery has been produced directly to counsel.

        b)      Counsel for the defendant desire additional time review the expansive

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

1

1   discovery in this case; conduct investigation related to the discovery; consult with

2   his client with respect to the charges, evidences, and proceedings; and otherwise

3   prepare for trial in this matter.

4       c)    Counsel for defendant believes that failure to grant the above-

5   requested continuance would deny counsel the reasonable time necessary for

6   effective preparation, taking into account the exercise of due diligence.

7       d)    The government does not object to the continuance.

8       e)    Based on the above-stated findings, the ends of justice served by

9   continuing the case as requested outweigh the interest of the public and the

10  defendant in a trial within the original date prescribed by the Speedy Trial Act.

11      f)    For the purpose of computing time under the Speedy Trial Act, 18

12  U.S.C. § 3161, et seq., within which trial must commence, the time period of August

13  20, 2020, to September 10, 2020, inclusive, is deemed excludable pursuant to 18

14  U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance

15  granted by the Court at defendants' request on the basis of the Court's finding that

16  the ends of justice served by taking such action outweigh the best interest of the

17  public and the defendant in a speedy trial.

18      g)    Additionally, an exclusion of time under 18 U.S.C. § 3161(h)(7)(B)(ii)

19  (Local Code T2) is appropriate given the complexity of this case involving ten

20  defendants and five wiretapped cellular telephones.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

2

1    4.    Nothing in this stipulation and order shall preclude a finding that other

2  provisions of the Speedy Trial Act dictate that additional time periods are excludable from

3  the period within which a trial must commence.

4        IT IS SO STIPULATED.

5

6  Dated:  August 12, 2020          McGREGOR W. SCOTT
                                   United States Attorney
7

8                                  /s/ JUSTIN L. LEE
                                   JUSTIN L. LEE
9                                  Assistant United States Attorney

10

11  Dated:  August 12, 2020        /s/ JESSE ORTIZ (as authorized on 8/11/2020)
                                   JESSE ORTIZ
12                                 Counsel for Defendant
                                   Vicente Velazquez
13

14

15                        **FINDINGS AND ORDER**

16     IT IS SO FOUND AND ORDERED this 12th day of August, 2020.

17

18

19

20                                 _____
                                   Troy L. Nunley
                                   United States District Judge
21

22

23

24

25

26

27

28

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND      3
ORDER