Jesse Ortiz (SBN 176450)
Jesse@jesseortizlaw.com
**Ortiz Law Group P.C.**
1510 J Street, Ste. 100
Sacramento, CA 95814
Phone: (916) 443-9500
Fax:    (916) 443-9501

Attorney for Defendant
VICENTE VELAZQUEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:16-CR-00025-TLN |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | ) ) ) | |
| | ) ) ) | DATE:    January 28, 2021  <br> TIME:    9:30 a.m.  <br> COURT:  Hon Troy L. Nunley |
| VICENTE VELAZQUEZ | ) ) | |
| Defendant. | ) ) ) ) | |

**IT IS HEREBY STIPULATED** by and between plaintiff United States of America, by Justin Lee, Assistant United States Attorney; and Defendant VICENTE VELAZQUEZ, and his attorney of record, Jesse Ortiz, that the Sentencing Hearing presently set for January 28, 2021 at 9:30 a.m., in Courtroom 2 of the United States District Court, Eastern District, be continued at the request of defendant VICENTE VELASQUEZ to March 25, 2021 in Courtroom 2, of the United States District Court, Eastern District.

**SO STIPULATED.**

Dated: January 15, 2021             ___/s/ Jesse Ortiz_____
                                    Jesse Ortiz
                                    Ortiz Law Group P.C.
                                    Attorney for Defendant Vicente Velasquez

| | | |
|---|---|---|
| Dated: January 15, 2021 | | McGREGOR W. SCOTT<br>United States Attorney |
| | By: | /s/  Justin Lee<br>Justin Lee<br>Assistant United States Attorney |

**ORDER**

**IT IS HEREBY ORDERED** that the Sentencing Hearing presently set for January 28, 2021 at 9:30 a.m., in Courtroom 2 of the United States District Court, Eastern District, is continued at the request of defendant VICENTE VELASQUEZ to March 25, 2021, at 9:30 a.m., in Courtroom 2, of the United States District Court, Eastern District.

DATED: January 19, 2021

Troy L. Nunley
United States District Judge