Jesse Ortiz (SBN 176450)
Jesse@jesseortizlaw.com
**Ortiz Law Group P.C.**
1510 J Street, Ste. 100
Sacramento, CA 95814
Phone: (916) 443-9500
Fax:     (916) 443-9501

Attorney for Defendant
VICENTE VELAZQUEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:16-CR-00025-TLN |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | ) | |
| | ) | DATE:    May 6, 2021<br>TIME:    9:30 a.m.<br>COURT:  Hon Troy L. Nunley |
| VICENTE VELAZQUEZ | ) | |
| Defendant. | ) | |

    **IT IS HEREBY STIPULATED** by and between plaintiff United States of America, by **Justin Lee**, Assistant United States Attorney; and Defendant VICENTE VELAZQUEZ, and his attorney of record, Jesse Ortiz, that the Sentencing Hearing presently set for May 6, 2021 at 9:30 a.m., in Courtroom 2 of the United States District Court, Eastern District, be continued at the request of defendant VICENTE VELASQUEZ to May 13, 2021 in Courtroom 2, of the United States District Court, Eastern District.

    **SO STIPULATED.**

Dated: April 29, 2021                             __/s/ Jesse Ortiz_____
                                                                  Jesse Ortiz
                                                                   **Ortiz Law Group P.C.**
                                                                   Attorney for Defendant Vicente Velasquez

Dated: April 29, 2021

McGREGOR W. SCOTT
United States Attorney

By:  /s/  Justin Lee
Justin Lee
Assistant United States Attorney

**ORDER**

**IT IS HEREBY ORDERED** that the Sentencing Hearing presently set for May 6, 2021 at 9:30 a.m., in Courtroom 2 of the United States District Court, Eastern District, is continued at the request of defendant VICENTE VELASQUEZ to May 13, 2021, at 9:30 a.m., in Courtroom 2, of the United States District Court, Eastern District.

DATED: April 29, 2021

_____
Troy L. Nunley
United States District Judge