PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VICENTE VELAZQUEZ,<br><br>　　　　　Defendant. | 2:16-CR-00025-TLN<br><br>FINAL ORDER OF FORFEITURE |

On October 7, 2020, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Vicente Velazquez forfeiting to the United States the following property:

　　　　a.　　Approximately $10,000.00 in U.S. Currency, plus any accrued interest,

　　　　b.　　Approximately $2,155.00 in U.S. Currency, plus any accrued interest, and

　　　　c.　　Approximately $46,860.00 in U.S. Currency, plus any accrued interest.

Beginning on October 28, 2020, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals known

to have an alleged interest in the property:

    a. Arnoldo Jose Valle:  A notice letter was sent via certified mail to Arnoldo Jose Valle at 13516 Sycamore Lane, Chino, CA 91710 on October 28, 2020.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Arnoldo Valle on October 31, 2020.

    b. Gabriel Luna:  A notice letter was sent via certified mail to Gabriel Luna at 608 Avondale Drive, Corona, CA 92879 on October 28, 2020.  The envelope was returned to our office as "not deliverable as addressed, unable to forward" on November 6, 2020.

    c. Brandy Skutley:  A notice letter was sent via certified mail to Brandy Skutley at 4904 Ebbett Way, Empire, CA 95357 on October 28, 2020.  The envelope was returned to our office as "not deliverable as addressed, unable to forward" on November 19, 2020.

    d. Gabriel Luna:  A notice letter was sent via certified mail to Gabriel Luna at 2365 Chatterton Lane, Norco, CA 92860 on January 8, 2021.  The envelope was delivered on January 11, 2021.

    e. Brandy Skutley:  A notice letter was sent via certified mail to Brandy Skutley at 1924 Sanborn Road, Yuba City, CA 95993 on January 8, 2021.  The envelope was returned to our office as "unclaimed" on February 8, 2021.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Vicente Velazquez, Arnoldo Jose Valle, Gabriel Luna, and Brandy Skutley.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 20th day of July, 2021.

                                               Troy L. Nunley
                                               United States District Judge